BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MARTINIANO ARCIGALEON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05 00413 SBA [WDB] |
| Plaintiff, | ORDER MODIFYING RELEASE CONDITIONS |
| vs. | |
| MARTINIANO ARCIGALEON, | |
| Defendant. | |

    Mr. Arcigaleon appeared before this Court on November 7, 2005 regarding his request to modify his release conditions.  On July 10, 2005, the Court released him on a $500,000 unsecured bond, on the conditions that he reside at Cornell Corrections halfway house in Oakland, and that he not sell or encumber real property he and his wife presently own.  Mr. Arciagaleon is a legal permanent resident of the United States, has lived here since he was 10 months old, is working full time, and has been fully compliant with the terms of his release.

    Mr. Arcigaleon and his wife are divorcing, and, as part of the property division, plan to sell their home.  Good cause appearing therefor, IT IS ORDERED that the conditions of Mr. Arcigaleon's release are modified to permit him to sell the real property he and his wife presently own.  Mr. Arcigaleon shall continue to abide by all other terms and conditions of his pretrial

1  release, as directed by Pretrial Services.

2

3

4

5  Dated: November 7, 2005                    _____
                                              WAYNE D. BRAZIL
6                                             United States Magistrate Judge