```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JEROME E. MATTHEWS
    Assistant Federal Public Defender
 3  555 - 12th Street
    Suite 650
 4  Oakland, CA 94607-3627
    Telephone: (510) 637-3500
 5
    Counsel for Defendant MARTINIANO ARCIGALEON
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        )   No. CR-05 00413 SBA [WDB][EDL]
                                     )
12              Plaintiff,           )   STIPULATION AND [~~PROPOSED~~]
                                     )   ORDER MODIFYING RELEASE
13  vs.                              )   CONDITIONS
                                     )
14  MARTINIANO ARCIGALEON,           )
                                     )
15              Defendant.           )
    _____)
16
```

17      Mr. Arcigaleon is charged with narcotics distribution in violation of 21 U.S.C. § 841(a).

18 On July 10, 2005, the Court released him on a $500,000 unsecured bond, on the condition that he

19 reside at Cornell Corrections halfway house in Oakland. Mr. Arcigaleon has been fully

20 compliant with the terms of his release.

21      Mr. Arcigaleon wishes to spend the Christmas holidays with his family. IT IS

22 THEREFORE STIPULATED AND AGREED that Mr. Arcigaleon may leave Cornell

23 Corrections on Friday, December 23, 2005 and return to Cornell Corrections on Monday,

24 December 26, 2005, at such times and under such conditions as Pretrial Services deems

25 appropriate. All other conditions of Mr. Arcigaleon's release shall remain in effect.

26

|   |   |
|---|---|
| Dated: December 19, 2005 | /S/ _____ <br> BRIAN STRETCH <br> Assistant United States Attorney |
| Dated: December 19, 2005 | /S/ _____ <br> JEROME E. MATTHEWS <br> Assistant Federal Public Defender |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Good cause appearing therefor, IT IS ORDERED that Martiniano Arcigaleon be released from Cornell Corrections on the terms set forth in the foregoing stipulation. Mr. Arcigaleon shall comply with such other conditions as Pretrial Services deems appropriate.

December 20, 2005

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

GRANTED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

2