BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MARTINIANO ARCIGALEON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05 00413 SBA [WDB][NJV] |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING RELEASE CONDITIONS |
| vs. | ) | |
| MARTINIANO ARCIGALEON, | ) | |
| Defendant. | ) | |

Mr. Arcigaleon is charged with narcotics distribution in violation of 21 U.S.C. § 841(a). On July 10, 2005, the Court released him on a $500,000 unsecured bond, on the condition that he reside at Cornell Corrections halfway house in Oakland. Mr. Arcigaleon has been fully compliant with the terms of his release.

Mr. Arcigaleon wishes to spend the New Year holiday with his family. IT IS THEREFORE STIPULATED AND AGREED that Mr. Arcigaleon may leave Cornell Corrections on Friday, December 30, 2005, and return to Cornell Corrections on Monday, January 2, 2006, at such times and under such conditions as Pretrial Services deems appropriate. All other conditions of Mr. Arcigaleon's release shall remain in effect.

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: December 28, 2005 | /S/ _____ |
| 3 | | BRIAN STRETCH<br>Assistant United States Attorney |
| 4 | | |
| 5 | Dated: December 28, 2005 | /S/ _____ |
| 6 | | JEROME E. MATTHEWS<br>Assistant Federal Public Defender |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Good cause appearing therefor, IT IS ORDERED that Martiniano Arcigaleon be released from Cornell Corrections on the terms set forth in the foregoing stipulation. Mr. Arcigaleon shall comply with such other conditions as Pretrial Services deems appropriate.

December  29 , 2005        /s/ Nandor J. Vadas
                           _____
                           NANDOR VADAS
                           United States Magistrate Judge

2