BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MARTINIANO ARCIGALEON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05 00413 SBA [WDB] |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER MODIFYING RELEASE CONDITIONS |
| vs. | ) | |
| MARTINIANO ARCIGALEON, | ) | |
| Defendant. | ) | |

On July 10, 2005, the Court released Martiniano Arcigaleon on a $500,000 unsecured bond and a number of conditions, including that he reside at Cornell Corrections halfway house in Oakland. Mr. Arcigaleon's stay at Cornell Corrections has passed without incident and he is fully compliant with the other terms of his release. Mr. Arcigaleon now desires to reside with his cousin, Pedro Infante, at 516 Laura Ann Court, Baypoint, California, 94565 pending final disposition of his case.

IT IS THEREFORE STIPULATED AND AGREED that Mr. Arcigaleon may leave Cornell Corrections and reside with Pedro Infante at the above-listed address. Mr. Arcigaleon shall be subject to a curfew as deemed appropriate and as directed by Pretrial Services, and shall abide all other conditions of his release.

1

The parties represent that the sureties on Mr. Arcigaleon's bond have been notified about the proposed modifications and have no objections.

Dated: February 28, 2006

/S/
_____
BRIAN STRETCH
Assistant United States Attorney

Dated: January 12, 2006

/S/
_____
JEROME MATTHEWS
Assistant Federal Public Defender

Dated: January ____, 2006

/S/
_____
SILVIO LUGO
United States Pretrial Services Officer

I hereby attest that I have on file all holograph signatures for any signatures indicated by a 'conformed' signature (/S/) within this efiled document.

Good cause appearing therefor, IT IS ORDERED that Martiniano Arcigaleon may leave Cornell Corrections to reside with Pedro Infante, under the terms and conditions set forth in the foregoing stipulation, and subject to such other terms and conditions as Pretrial Services deems appropriate.

Dated: March  2 , 2006

IT IS SO ORDERED
*Wayne D. Brazil*
Judge Wayne D. Brazil

_____
WAYNE D. BRAZIL
United States Magistrate Judge